AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Prado<br>*Plaintiff*<br>v.<br>VEH LLC<br>*Defendant* | )<br>)<br>) Civil Action No. 3:19-cv-00504-N<br>)<br>)<br>)<br>) |

**Summons in a Civil Action**

**TO:** VEH LLC          c/o Registered Agent: C Gibson
                         5757 Woodway Drive, Suite 270
*doing business as* Discount Power   Houston, TX 77057
*doing business as* Power Express

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Nathan Volheim
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 02/27/2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:19-cv-00504

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>VEH, LLC</u> was received by me on *(date)* <u>Mar 6, 2019, 1:33 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>C. GIBSON</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>VEH, LLC</u>, on *(date)* <u>Tue, Mar 19 2019</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 03/19/2019

*Server's signature*

Ray Gene Sturges - Process Server - PSC-1198 Exp. 7/31/2020
*Printed name and title*

P.O. Box 958, League City, TX 77574
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Mar 19, 2019, 3:20 pm at 5757 WOODWAY DR., SUITE 270, HOUSTON, TX 77057 received by VEH, LLC, BY DELIVERING TO ITS REGISTERED AGENT, C. GIBSON.

Delivered to the named defendant was the SUMMONS IN A CIVIL ACTION AND CIVIL COMPLAINT